# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

ARLINGTON BABB,

    Plaintiff,

  v.                                                   Case No. 2:16-cv-00266-SPC-CM

CREDIT ONE FINANCIAL,

    Defendant.

_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES now plaintiff, Arlington Babb (plaintiff), and defendant, Credit One Bank, N.A. improperly named in plaintiff's complaint as Credit One Financial (Credit One), by and through their undersigned counsel, in the above-titled action and represent to the Court that this matter, regarding plaintiff's claims against Credit One, has been settled amicably, and request entry of a Final Order of Dismissal with Prejudice in this matter as to Credit One, with each party to bear its own costs and attorneys' fees except as provided in the parties' Settlement Agreement and Release of Liability.

Dated this 5th day of October 2016.

Respectfully submitted,

| | |
|---|---|
| /s/ William Peerce Howard | /s/ Michael P. Schuette |
| William Peerce Howard, Esq. | Michael P. Schuette, Esq. |
| Florida Bar No.: 0103330 | Florida Bar No. 0106181 |
| Amanda J. Allen, Esq. | Dayle M. Van Hoose, Esq. |
| Florida Bar No.: 0098228 | Florida Bar No. 0016277 |
| The Consumer Protection Firm, PLLC | Sessions, Fishman, Nathan & Israel, L.L.C. |
| 210-A South MacDill Avenue | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, FL 323609 | Tampa, FL 33618 |

| | |
|---|---|
| Telephone: (813) 500-1500 | Telephone:   (813) 890-2472 |
| Facsimile: (813) 435-2369 | Facsimile:    (866) 466-3140 |
| Billy@ TheConsumerProtectionFirm.com | mschuette@sessions.legal |
| Amanda@TheConsumerProtectionFirm.com | dvanhoose@sessions.legal |
| *Attorney for Plaintiff* | *Attorneys for Defendant,* |
| | *Credit One Bank, N.A* |

### CERTIFICATE OF SERVICE

I certify that on this 5th day of October 2016, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, as described below. Parties may access this filing through the Court's system.

William P. Howard, Esq.
Amanda J. Allen, Esq.
The Consumer Protection Firm, PLLC
210 A South MacDill Avenue
Tampa, Florida 33609

/s/ Michael P. Schuette
Attorney